(No. 837—Claimant awarded $7,065.48.)

CADET KNITTING COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when refund may be made.* This case is similar to that of *Vulcanite Roofing Co.* v. *State, supra,* and the decision of the court in that case governs this claim.

MORAN, PALTZER & O'DONNELL, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for refund of certain portions of franchise taxes erroneously paid to the Secretary of State of the State of Illinois by above named claimant, in the years 1920 and 1921, total excess tax paid amounting to $7065.48.

The demurrer filed by the Attorney General of the State of Illinois is, as a matter of law, sustained.

On the grounds of social justice and equity, we award above named claimant the sum of $7065.48.